EILEEN M. DIEPENBROCK (SBN 119254)
CHRIS A. McCANDLESS (SBN 210085)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Use-plaintiff
UNITED RENTALS NORTHWEST, INC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br><br>UNITED RENTALS NORTHWEST, INC.<br><br>    Use-Plaintiff / Plaintiff,<br><br>  v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; GE ELECTRICAL, INC., a California corporation doing business as Gilbert Electric,<br><br>    Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | Case No.: 1:07-cv-00059-OWW-SMS<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

    WHEREAS, on March 22, 2007, the parties hereto filed a Stipulation Re: Dismissal requesting a dismissal of this action without prejudice.

    THEREFORE, pursuant to the parties' stipulation;

    IT IS HEREBY ORDERED that this entire action is dismissed without prejudice.

**SO ORDERED.**

DATED: 4/27/07                      /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE